**SEEGER WEISS LLP**
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel.:  (212) 584-0700
Fax:  (212) 584-0799
E-Mail:  cseeger@seegerweiss.com

**COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP**
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.:  (201) 845-9600
Fax:  (201) 845-9423
E-Mail:  psp@njlawfirm.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., CHARLES F. LOWREY and KENNETH Y. TANJI,<br><br>Defendants. | Civil Action No.:<br><br>Class Action<br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, Plaintiff by its undersigned counsel, hereby certifies on information and belief that the matter is controversy is not subject of other actions pending in any court or of any pending arbitration or administrative proceeding.  Plaintiff is not currently aware of any other party that should be joined in this action.

DATED:  November 27, 2019                COHN LIFLAND PEARLMAN
                                              HERRMANN & KNOPF LLP

                                         *s/ Peter S. Pearlman*
                                         PETER S. PEARLMAN
                                         Park 80 West – Plaza One
                                         250 Pehle Avenue, Suite 401
                                         Saddle Brook, NJ  07663
                                         Tel.:  (201) 845-9600
                                         Fax:  (201) 845-9423
                                         E-Mail:  psp@njlawfirm.com

                                         SEEGER WEISS LLP
                                         CHRISTOPHER A. SEEGER
                                         55 Challenger Road, 6th Floor
                                         Ridgefield Park, NJ  07660
                                         Tel.:  (212) 584-0700
                                         Fax:  (212) 584-0799
                                         E-Mail:  cseeger@seegerweiss.com

                                         ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                         SHAWN A. WILLIAMS
                                         DANIEL J. PFEFFERBAUM
                                         Post Montgomery Center
                                         One Montgomery Street, Suite 1800
                                         San Francisco, CA  94104
                                         Tel.:  (415) 288-4545
                                         Fax:  (415) 288-4534
                                         E-Mail:  shawnw@rgrdlaw.com
                                                    dpfefferbaum@rgrdlaw.com

2

VANOVERBEKE, MICHAUD &
   TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Tel.:  (313) 578-1200
Fax:  (313) 578-1201
E-Mail:  tmichaud@vmtlaw.com

*Attorneys for Plaintiff*

3