**SEEGER WEISS LLP**
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel.:  (212) 584-0700
Fax:  (212) 584-0799
E-Mail:  cseeger@seegerweiss.com

**COHN LIFLAND PEARLMAN**
  **HERRMANN & KNOPF LLP**
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.:  (201) 845-9600
Fax:  (201) 845-9423
E-Mail:  psp@njlawfirm.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., CHARLES F. LOWREY and KENNETH Y. TANJI,<br><br>Defendants. | Civil Action No.:<br><br>Class Action<br><br>**CERTIFICATE OF NON-ARBITRABILITY PURSUANT TO _L. CIV. R._ 201.1(D)(3)** |

I certify, pursuant to Local Civil Rule 201.1(d)(3), that the above-captioned matter is not appropriate for compulsory arbitration because the damages recoverable exceed the sum of $150,000.00 exclusive of interest and costs and any claim for punitive damages. I certify under penalty of perjury that the foregoing is true and correct.

DATED: November 27, 2019

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

*s/ Peter S. Pearlman*

PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
E-Mail: psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
Fax: (212) 584-0799
E-Mail: cseeger@seegerweiss.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
E-Mail: shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

2

VANOVERBEKE, MICHAUD &
   TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Tel.:  (313) 578-1200
Fax:  (313) 578-1201
E-Mail:  tmichaud@vmtlaw.com

*Attorneys for Plaintiff*