Tricia B. O'Reilly
David D. Cramer
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

Maeve L. O'Connor (admitted *pro hac vice*)
Susan R. Gittes (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., CHARLES F. LOWREY, KENNETH Y. TANJI, and ROBERT M. FALZON,<br><br>Defendants. | **Civil Action No. 2:19-CV-20839-SRC-CLW**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION TO DISMISS** |

This matter having come before the Court on Defendants', Prudential Financial, Inc., Charles F. Lowrey, Kenneth Y. Tanji, and Robert M. Falzon (collectively, "Defendants"), motion to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, and the Court having reviewed and considered the parties' arguments and submissions,

**IT IS** on this ____ day of _____, 2020,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

_____
Honorable Stanley R. Chesler, U.S.D.J.