SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail:  cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail:  psp@njlawfirm.com

Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 2:19-cv-20839-SRC-CLW |
|---|---|---|
| This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) ) ) | CLASS ACTION  CERTIFICATE OF SERVICE |

The undersigned certifies that on October 7, 2020 a copy of the foregoing LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS and this CERTIFICATE OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  October 7, 2020

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP


_s/ Peter S. Pearlman_
PETER S. PEARLMAN