**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 2:19-cv-20839-SRC-CLW<br><br>CLASS ACTION<br><br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the motion to dismiss the Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendants Prudential Financial, Inc., Charles Lowrey, Kenneth Y. Tanji, and Robert M. Falzon (collectively, "Defendants") [ECF 26]; and Lead Plaintiff City of Warren Police and Fire Retirement System having opposed the motion; and the Court having considered the parties' written submissions; and the Court having opted to rule on the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons expressed by the Court in the Opinion filed herewith,

**IT IS** on this 29th day of December 2020,

**ORDERED** that Defendants' motion to dismiss [ECF 26] be and hereby is **GRANTED**; and it is further

2

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Amended Complaint is **DISMISSED**.

                                                  s/ Stanley R. Chesler
                                                STANLEY R. CHESLER
                                                United States District Judge