UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1147
_____

CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM,
Individually and on behalf of all others similarly situated,
                                                                                               Appellant

v.

PRUDENTIAL FINANCIAL, INC.; CHARLES F. LOWREY; KENNETH Y. TANJI;
ROBERT M. FALZON
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-19-cv-20839)
District Judge: Honorable Stanley R. Chesler
_____

Argued: October 27, 2021

Before: GREENAWAY, JR., KRAUSE, and PHIPPS, *Circuit Judges*.

_____

JUDGMENT
_____

     This cause came to be considered on the record on appeal from the United States District Court for the District of New Jersey and was argued on October 27, 2021. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED that the judgment of the District Court entered on December 29, 2020, is AFFIRMED in part and VACATED in part, and this case is

REMANDED to the District Court for proceedings consistent with this opinion.  Each party shall bear its own costs for the appeal.  The Court will not retain jurisdiction.

                                  ATTEST:

                                  Patricia S. Dodszuweit
                                Clerk

Dated: June 13, 2023