COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail:  psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail:  cseeger@seegerweiss.com

Local Counsel for Plaintiff


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 2:19-cv-20839-SRC-CLW |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) ) | CLASS ACTION [PROPOSED] ORDER VACATING, IN PART, DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT |

Pursuant to L.Civ.R. 79.4, this Court having entered an Order on December 29, 2020 granting Defendants' motion to dismiss, and dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF 46); and on June 13, 2023, the United States Court of Appeals for the Third Circuit having entered a Judgment affirming in part, vacating in part and remanding this matter to this Court (ECF 52), the Mandate with respect to which was issued on July 5, 2023 (ECF 53); the Court ORDERS as follows:

Pursuant to the July 5, 2023 Mandate of the Third Circuit Court of Appeals, partially reversing and remanding this Court's December 29, 2020 Order, the Third Circuit's Mandate is implemented, and this action is reinstated in accordance with the Mandate.

Dated:     7-14-2023

s/ Stanley R. Chesler

THE HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE