

**Three Gateway Center**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Tricia B. O'Reilly
Direct Dial: (973) 757-1104
toreilly@walsh.law

July 28, 2023

BY ECF

Hon. Stanley R. Chesler, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U. S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *City of Warren Police and Fire Retirement System v. Prudential Financial, Inc.,* et al., Civil
     Action No. 19-20839

Dear Judge Chesler:

The parties to the above referenced action, through their respective counsel of record, Debevoise & Plimpton LLP, on behalf of Defendants and Robbins Geller Rudman& Dowd, LLP on behalf of Plaintiff, jointly submit this letter regarding two matters related to the above-captioned litigation.

First, the Parties jointly request that Your Honor accept additional briefing following the Third Circuit's recent decision affirming in part and reversing in part the District Court's order of December 29, 2020. As Your Honor is aware, the Third Circuit has remanded the case to the District Court "to consider in the first instance the adequacy of the amended complaint's allegations of loss causation and scienter with respect to the CFO's [June 5, 2019] statement." (Op. at 5). The Parties have conferred and agree that limited supplemental briefing would be appropriate to address this issue. However, should Your Honor allow such submissions, the Parties did not reach agreement on the course of the proposed briefing; the Parties' respective statements are set forth below.

**Defendants' Statement:** Defendants submit that supplemental briefing is appropriate so that Defendants may advance their arguments for dismissal on the issues on remand and address the broader guidance provided by the Third Circuit in its June 13, 2023, Opinion. Because the issue on which supplemental briefing is sought relates to Defendants' motion to dismiss, Defendants submit that short briefing sequenced in the manner of a motion to dismiss—where

Hon. Stanley R. Chester, U.S.D.J.
July 28, 2023
Page 2

Defendants file an opening brief, Plaintiff files an opposition brief, and Defendants are permitted a short reply—is appropriate.  Plaintiff's proposal would mean Defendants do not have the opportunity to respond to Plaintiff's arguments against dismissal, which would be contrary to normal motion practice.  Accordingly, Defendants propose the following schedule:

| | |
|---|---|
| Defendants' Opening Brief  (15 pages) | September 13, 2023 |
| Lead Plaintiff's Opposition (15 pages) | October 18, 2023 |
| Defendants' Reply (5 pages) | November 3, 2023 |

**Plaintiff's Statement:**

Plaintiff submits that supplemental briefing is appropriate to address the issues remanded to the district court, *i.e.* scienter and loss causation.  Because the operative complaint has not been amended, and the parties previously briefed the motion to dismiss, a single supplemental submission of equal length from each side is appropriate to address the impact of the Third's Circuit's finding of material falsity of the June 5, 2019 statement, as well as the reliability of the former employee witnesses. Accordingly, Plaintiff proposes the following:

| | |
|---|---|
| Defendants' Opening Brief (15 pages) | September 13, 2023 |
| Lead Plaintiff's Opposition (15 pages) | October 18, 2023 |

If the Court is inclined to permit Defendants a reply brief, Plaintiff respectfully requests that each side is still ensured an equal total number of pages (*e.g.* 15 pages for Defendants' Opening/20 pages for Plaintiff's Opposition/5 pages for Defendants' Reply).

Second, Defendants respectfully request that the Court reschedule the conference scheduled for August 9, 2023, because two members of the defense team have previously scheduled vacations from August 4, 2023, to August 18, 2023.  Defendants have conferred with Plaintiff and counsel for both parties are available on August 30 and August 31, 2023.  If those dates do not work for the Court, counsel can provide further dates in September.

The Parties are available to answer any questions or provide any additional information that may be helpful to the Court.

Hon. Stanley R. Chester, U.S.D.J.
July 28, 2023
Page 3

Respectfully Submitted,

/s/ *Tricia B. O'Reilly*

Tricia B. O'Reilly

cc: All Counsel of Record (via ECF and email)