COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel for Plaintiff

 [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | Civil Action No. 2:19-cv-20839-SRC-CLW |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on February 14, 2024 a copy of the foregoing NOTICE OF

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; LEAD

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY

APPROVAL OF CLASS ACTION SETTLEMENT; STIPULATION OF SETTLEMENT; [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE and this CERTIFICATE OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  February 14, 2024

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP


*s/ Peter S. Pearlman*
PETER S. PEARLMAN