

Park 80 West-Plaza One      (201) 845-9600 Main
250 Pehle Avenue            (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

*Attorneys at Law*                          *njlawfirm.com*

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line:  (551) 497-7131
Cell:  (201) 709-0597

March 8, 2024

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
U.S. District Court – District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:    *City of Warren Police and Fire Retirement System v. Prudential Financial Inc.*,
       No. 2:19-cv-20839-SRC-CLW

Dear Judge Chesler:

Pursuant to Your Honor's authorization on March 6, 2024, I submit herewith proposed form of Order pursuant to L. Civ. R. 5.2 18, removing the Supplemental Agreement from the Docket. In the hope that Your Honor will find this Proposed Order acceptable, I ask that the Court sign and enter it.

Respectfully,

*/s/ Peter S. Pearlman*

Peter S. Pearlman

PSP:sl
cc:    All Counsel – via ECF