UNITED STATES DISTRICT COURTISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 2:19-cv-20839-SRC-CLW |
| | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | [PROPOSED] ORDER PURSUANT TO L. CIV. R. 5.2 18 |

The Court having found that:

On February 14, 2024, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement attaching a Stipulation of Settlement and relevant Proposed Orders.  ECF 60.

WHEREAS:

On February 14, 2024, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement attaching a Stipulation of Settlement (ECF 60).

In connection with the Stipulation of Settlement, the parties entered into a Supplemental Agreement defining the opt-out threshold under which a party could withdraw from the settlement  (ECF 60-2) (Stipulation of Settlement, §7.3.).

The Stipulation of Settlement provided that the parties would make the Supplemental Agreement available to the Court *in camera*, as and if requested.

In response to the Court's request that it be produced for the Court's *in camera* review,   Plaintiff filed the supplemental agreement under seal  (ECF 61, 63).

In light of the fact that the Court did not require the Supplemental Agreement to be filed on the docket, the parties requested that it be removed therefrom (ECF 64).

At the Court's request, Plaintiff thereafter submitted authority to the Court in support of the relief requested (ECF 66).

NOW, THEREFORE, for good cause shown, and pursuant to L. Civ. R. 5.2 18, the Court Orders that the document, ECF 63, be removed from the docket.

So Ordered:

_____
Stanley R. Chesler, U.S.D.J.                    Dated: