COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | Civil Action No. 2:19-cv-20839-SRC-CLW |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on May 9, 2024 a copy of the foregoing NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR

FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF: (1) FINAL APPROVAL OF CLASS ACTION SETTLMENT; (2) APPROVAL OF PLAN OF ALLOCATION; AND (3) AN AWARD OF ATTORNEYS' FEES AND EXPENSES; DECLARATION OF LEAD PLAINTIFF; DECLARATION OF ROSS D. MURRAY; DECLARATION OF VINCENT C. GRAFFEO; And this CERTIFICATE OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  May 9, 2024                COHN LIFLAND PEARLMAN
                                   HERRMANN & KNOPF LLP

                                   *s/ Peter S. Pearlman*
                                   PETER S. PEARLMAN

- 1 -