SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail: cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Local Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) Civil Action No. 2:19-cv-20839-SRC-CLW |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) NOTICE OF MOTION FOR AN AWARD |
| ALL ACTIONS. | ) OF ATTORNEYS' FEES AND |
| | ) EXPENSES |
| | ) |
| | ) Motion Return Date: June 13, 2024 |

4893-3882-1564.v1

PLEASE TAKE NOTICE that on June 13, 2024, or such other date as the Court may set, the undersigned counsel for Lead Plaintiff ("Lead Plaintiff's Counsel") shall move before the Honorable Stanley R. Chesler, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on March 8, 2024 (ECF 71), for the entry of an order awarding attorneys' fees and payment of litigation expenses.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff's Counsel will reply upon: Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses; Declaration of Daniel J. Pfefferbaum in Support of: (1) Final Approval of Class Action Settlement; (2) Approval of Plan of Allocation; and (3) an Award of Attorneys' Fees and Expenses; Declaration of Lead Plaintiff; Declaration of Ross D. Murray; Declaration of Vincent C. Graffeo; Declaration of Daniel J. Pfefferbaum Filed on Behalf of Robbins Geller Rudman & Dowd LLP; Declaration of Peter S. Pearlman Filed on Behalf of Cohn Lifland Pearlman Herrmann & Knopf; Stipulation of Settlement; and all other proceedings herein.

Lead Plaintiff's Counsel seek oral argument on this motion.

- 1 -

4893-3882-1564.v1

A proposed order will be submitted with Lead Plaintiff's Counsel's reply submission on or before June 6, 2024.

DATED: May 9, 2024

Respectfully submitted,

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN


_____
           *s/ Peter S. Pearlman*
           PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel for Plaintiff

- 2 -

4893-3882-1564.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

- 3 -

4893-3882-1564.v1