# EXHIBIT A

**EXHIBIT A**

*In re Prudential Financial, Inc. Securities Litigation*,
No. 2:19-cv-20839-SRC-CLW
Robbins Geller Rudman & Dowd LLP
Inception through April 26, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 3.60 | 785 | $ 2,826.00 |
| Daley, Joseph D. | (P) | 31.60 | 1050 | 33,180.00 |
| Gusikoff Stewart, Ellen A. | (P) | 91.10 | 1200 | 109,320.00 |
| Hubachek, Steven F. | (P) | 19.80 | 1200 | 23,760.00 |
| Myers, Danielle S. | (P) | 4.50 | 1075 | 4,837.50 |
| Pfefferbaum, Daniel J. | (P) | 1,015.00 | 925 | 938,875.00 |
| Robbins, Darren J. | (P) | 8.30 | 1400 | 11,620.00 |
| Wilens, Douglas | (P) | 136.60 | 1075 | 146,845.00 |
| Williams, Shawn A. | (P) | 536.15 | 1200 | 643,380.00 |
| Deshmukh, Hadiya K. | (A) | 524.00 | 515 | 269,860.00 |
| Paglini, Lauren E. | (A) | 12.30 | 500 | 6,150.00 |
| Zohrabian, Armen | (A) | 313.10 | 630 | 197,253.00 |
| Hutton, Andrew W. | (OC) | 8.20 | 1085 | 8,897.00 |
| McCormick, Tricia | (OC) | 12.70 | 990 | 12,573.00 |
| Sader, Brad C. | (FA) | 226.50 | 650 | 147,225.00 |
| Barhoum, Anthony J. | (EA) | 10.00 | 470 | 4,700.00 |
| Hensley, Austin B. | (EA) | 10.00 | 315 | 3,150.00 |
| Vue, Chong | (EA) | 34.00 | 370 | 12,580.00 |
| Roelen, Scott R. | (RA) | 24.40 | 325 | 7,930.00 |
| Jilizian, Alex N. | (SUA) | 37.40 | 175 | 6,545.00 |
| Paralegals | | 254.70 | 275-410 | 102,528.00 |
| Document Clerks | | 94.00 | 150-160 | 14,470.00 |
| Shareholder Relations | | 11.10 | 110 | 1,221.00 |
| **TOTAL** | | **3,419.05** | | **$ 2,709,725.50** |

(P) Partner
(A) Associate
(OC) Of Counsel
(FA) Forensic Accountant
(EA) Economic/Damage Analyst
(RA) Research Analyst
(SUA) Summer Associate