# EXHIBIT C

**EXHIBIT C**

*In re Prudential Financial, Inc. Securities Litigation*,
No. 2:19-cv-20839-SRC-CLW
Robbins Geller Rudman & Dowd LLP

Filing and Other Fees: $4,471.11

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 12/12/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | *PERSONAL SERVICE: PRUDENTIAL FINANCIAL, INC., AT BUSINESS C T CORPORATION, CLASS ACTION COMPLAINT* |
| 12/13/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | *SUBSTITUTED SERVICE: KENNETH Y. TANJI, SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT* |
| 12/15/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | *RETURNED NOT SERVED: CHARLES F. LOWREY, SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT* |
| 08/26/20 | CLERK OF THE COURT | *PRO HAC VICE* ADMISSION FOR H. DESHMUKH |
| 08/26/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* ADMISSION FOR A. ZOHRABIAN |
| 08/26/20 | CLERK OF THE COURT | *PRO HAC VICE* ADMISSION FOR S. WILLIAMS |
| 08/26/20 | CLERK OF THE COURT | *PRO HAC VICE* ADMISSION FOR A. ZOHRABIAN |
| 08/26/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* ADMISSION FOR D. PFEFFERBAUM |
| 08/26/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* ADMISSION FOR H. DESHMUKH |
| 08/26/20 | CLERK OF THE COURT | *PRO HAC VICE* ADMISSION FOR D. PFEFFERBAUM |
| 08/31/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* ADMISSION FOR S. WILLIAMS |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/25/21 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION - 2021 ANNUAL REGISTRATION FOR S. WILLIAMS |
| 02/25/21 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION - 2021 ANNUAL REGISTRATION FOR D. PFEFFERBAUM |
| 02/25/21 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION - 2021 ANNUAL REGISTRATION FOR H. DESHMUKH |
| 07/14/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | COURTESY COPY FOR JUDGE'S CHAMBERS; APPELLANT'S REPLY BRIEF |
| 01/23/23 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION – *PRO HAC VICE* RENEWAL FOR D. PFEFFERBAUM |
| 02/21/23 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION – *PRO HAC VICE* RENEWAL FOR S. WILLIAMS |
| 02/14/24 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | ANNUAL FEE FOR THE NJ LAWYERS' FUND FOR CLIENT PROTECTION - 2024 REGISTRATION FOR E. GUSIKOFF STEWART |
| 03/05/24 | CLERK OF THE COURT | *PRO HAC VICE* FEE FOR E. GUSIKOFF STEWART |