# EXHIBIT D

**EXHIBIT D**

*In re Prudential Financial, Inc. Securities Litigation*,
No. 2:19-cv-20839-SRC-CLW
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $14,036.09

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Pfefferbaum, Daniel | 10/25/21-10/27/21 | Philadelphia, PA | Prepare for and attend oral argument |
| Deshmukh, Hadiya | 10/25/21-10/27/21 | Philadelphia, PA | Prepare for and attend oral argument |
| Pfefferbaum, Daniel | 08/29/23-08/30/23 | New York, NY | Meeting with P. Pearlman; prepare for and attend status conference with Judge Chesler |
| Williams, Shawn | 08/29/23-08/30/23 | New York, NY | Prepare for and attend hearing in front of Judge Chesler |
| Deshmukh, Hadiya | 11/29/23-11/30/23 | Montclair, NJ | Prepare for and attend mediation |
| Williams, Shawn | 11/29/23-11/30/23 | Montclair, NJ | Prepare for and attend mediation |
| Pfefferbaum, Daniel | 11/29/23-11/30/23 | Montclair, NJ | Prepare for and attend mediation |