SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail: cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Local Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 2:19-cv-20839-SRC-CLW |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2.      Pursuant to this Court's March 8, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 71), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3.      I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing and emailing of the Court-approved Postcard Notice (attached hereto as Exhibit A) and, if requested by potential Class Members, mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit B); (ii) publication of the Summary Notice of Proposed Settlement of Class Action (the

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated February 12, 2024 (the "Stipulation") (ECF 60-2), which is available on the website established for the Settlement at www.PrudentialSecuritiesSettlement.com.

Page 1

"Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Gilardi.

## DISSEMINATION OF NOTICE

4.     Pursuant to the Notice Order, Gilardi is responsible for disseminating notice to potential Class Members.  The Class consists of all Persons who purchased Prudential common stock between June 5, 2019 and August 2, 2019, inclusive (the "Class Period").  Excluded from the Class are: (i) Defendants and the Dismissed Defendants and members of their immediate families; (ii) the current and former officers and directors of Prudential and members of their immediate families; (iii) Prudential's subsidiaries and affiliates or other entities owned or controlled by it; (iv) any entity in which any Defendant or Dismissed Defendant has a controlling interest; (v) the legal representatives, heirs, successors, administrators, executors, and assigns of each Defendant and Dismissed Defendant; and (vi) any Persons who properly exclude themselves by submitting a valid and timely request for exclusion. To the extent any Prudential employee benefit plan receives a distribution from the Net Settlement Fund, no portion shall be allocated to any person or entity who is excluded from the Class by definition.

5.     On April 1, 2024, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Postcard Notices and cover letters to 282 brokerages,

custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities. The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case. These Nominee Holders are included in a proprietary database created and maintained by Gilardi. In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities. The cover letter accompanying the Postcard Notices advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Postcard Notices to potential Class Members. In the more than four decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders. Gilardi also mailed Postcard Notices and cover letters to the 4,421 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing. A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit C.

6. On April 1, 2024, Gilardi also delivered electronic copies of the Postcard Notice to 326 registered electronic filers who are qualified to submit

Page 3

electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

7.      As part of the notice program for this Settlement, on April 1, 2024, Gilardi also delivered electronic copies of the Claim Package and Postcard Notice via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and Postcard Notice and contact Gilardi for copies of the Postcard Notice for their beneficial holders.

8.      Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Gilardi has forwarded the Postcard Notice on request to nominees who purchased Prudential common stock for the beneficial interest of other persons.  Gilardi has also forwarded the Postcard Notice directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

9.      Following the initial mailing, Gilardi received 11 responses to the outreach efforts described above, which included computer files containing a total of 27,388 names and addresses and nine email addresses of potential Class Members. In addition, 26 institutions requested that Gilardi send them a total of 67,750 Postcard Notices for forwarding directly to their clients.  Gilardi also received six

Page 4

requests for Claim Packages from potential Class Members. Each of these requests has been completed in a timely manner.

10.    As of May 8, 2024, Gilardi has mailed or emailed a total of 100,167 Postcard Notices and six Claim Packages to potential Class Members and nominees. In addition, Prudential's transfer agent, Computershare, reports that on April 1, 2024, it mailed or emailed 4,708 Postcard Notices to potential Class Members; Computershare's declaration is submitted herewith. Finally, two institutions reported that they anticipated sending Postcard Notices via email to 25,448 potential Class Members.

## PUBLICATION OF THE SUMMARY NOTICE

11.    In accordance with the Notice Order, on April 8, 2024, Gilardi caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit D.

## TELEPHONE HELPLINE AND WEBSITE

12.    On April 1, 2024, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-888-298-3183, to accommodate potential Class Member inquiries. The toll-free number was set forth in the Postcard Notice, Notice, Summary Notice, and on the case website. Gilardi has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

13.     On April 1, 2024, Gilardi established and continues to maintain a website dedicated to this Settlement (www.PrudentialSecuritiesSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions.  The web address was set forth in the Postcard Notice, Notice, Proof of Claim, and Summary Notice.  The website includes information regarding the Litigation and the Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Settlement Hearing.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading.  Class Members can also complete and submit a Proof of Claim through the website.

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

14.     The Notice informs potential Class Members that written requests for exclusion from the Class must be mailed to *Prudential Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than May 23, 2024.

15.     The Notice also sets forth the information that must be included in each request for exclusion.  Gilardi has monitored and will continue to monitor all mail delivered to this address.  As of the date of this declaration, Gilardi has not received any requests for exclusion.

Page 6

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of May, 2024, at San Rafael, California.

ROSS D. MURRAY