EXHIBIT A

*Prudential Securities Settlement*

Claims Administrator

c/o Gilardi & Co. LLC

P.O. Box 301135

Los Angeles, CA 90030-1135

# LEGAL NOTICE

*In re Prudential Financial, Inc. Sec. Litig.*
No. 2:19-cv-20839-SRC-CLW (D.N.J.)
www.PrudentialSecuritiesSettlement.com

Court-Ordered Legal Notice
(Forwarding Service Requested)

Important Information about a
securities class action settlement.

You may be entitled to a payment.
This Notice may affect your legal rights.

Please read it carefully.

# PDL



Postal Service: Please Do Not Mark Barcode

PDL - «Claim8»-«CkDig»

«FirstNAME» «LastNAME»
«Name1»
«Name2»
«Name3»
«Name4»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

Case 2:19-cv-20839-SRC-CLW    Document 74-10    Filed 05/09/24    Page 3 of 3 PageID: 2078



*In re Prudential Financial, Inc. Sec. Litig.*
No. 2:19-cv-20839-SRC-CLW (D.N.J.)
THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
VISIT WWW.PRUDENTIALSECURITIESSETTLEMENT.COM OR CALL 1-888-298-3183 FOR MORE INFORMATION.

If you purchased Prudential Financial, Inc. ("Prudential" or the "Company") common stock between June 5, 2019 and August 2, 2019, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation"). Your rights may be affected by this Litigation and the Settlement. A hearing will be held on June 13, 2024, at 10:00 a.m., before Judge Stanley R. Chesler, to determine whether the proposed Settlement of the Litigation against Defendants Prudential and Chief Financial Officer Kenneth Y. Tanji for $35 million and the Plan of Allocation should be approved as fair, reasonable, and adequate and whether the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Plaintiff's Counsel's application for an award of attorneys' fees of up to 25% of the Settlement Amount, and expenses not to exceed $200,000, plus interest on both amounts, should be granted.

The proposed Settlement would resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants materially misled investors by making materially false and misleading statements concerning the Company's mortality experience and failed to disclose the need to increase reserves in its Individual Life business, which caused Prudential stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, causing Prudential's stock price to fall. Defendants deny the allegations and any liability or wrongdoing of any kind. For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim and Release ("Proof of Claim") by visiting the website: www.PrudentialSecuritiesSettlement.com (the "Website"), or you may request copies from the Claims Administrator by: (i) mail: *Prudential Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 301135, Los Angeles, CA 90030-1135, or (ii) toll-free call: 1-888-298-3183.

To qualify for payment, you must submit a valid Proof of Claim form, with supporting documentation, postmarked or submitted online no later than July 30, 2024. You will be bound by any Judgment entered in the Litigation, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class. If you exclude yourself, you cannot get money from this Settlement. If you do not exclude yourself from the Class, you may object to the proposed Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses no later than May 23, 2024. The long-form Notice and the Website explain how to exclude yourself from the Class or how to object.