# EXHIBIT D

# INSIDER-TRADING SPOTLIGHT

Trading by 'insiders' of a corporation, such as a company's CEO, vice president or director, potentially conveys new information about the prospects of a company. Insiders are required to report large trades to the SEC within two business days. Here's a look at the biggest individual trades by insiders, based on data received by Refinitiv on April 5, and year-to-date stock performance of the company

**KEY: B:** beneficial owner of more than 10% of a security class **CB:** chairman **CEO:** chief executive officer **CFO:** chief financial officer **CO:** chief operating officer **D:** director **DO:** director and beneficial owner **GC:** general counsel **H:** officer, director and beneficial owner **I:** indirect transaction filed through a trust, insider spouse, minor child or other **O:** officer **OD:** officer and director **P:** president **UT:** unknown **VP:** vice president  Excludes pure options transactions

## Biggest weekly individual trades
Based on reports filed with regulators this past week

### Buyers

| Date(s) | Company | Symbol | Insider | Title | No. of shs in trans (000s) | Price range ($) in transaction | $ Value (000s) | Close ($) | Ytd(%) |
|---|---|---|---|---|---|---|---|---|---|
| Mar.26-28 | Liberty Latin America | LILAK | J. Malone | B | 467 | 6.96-6.99 | 3,257 | 7.30 | -0.5 |
| Mar.28 | Five Star Bancorp | FSBC | L. Allbaugh | DOI | 138 | 21.75 | 3,000 | 22.00 | -16.0 |
| Mar.28 | | | R. Perry-Smith | DI | 80 | 21.75 | 1,750 | | |
| Mar.28 | | | S. Deary-Bell | DI | 14 | 21.75 | 300 | | |
| Mar.28 | | | K. Ramos | DI | 14 | 21.75 | 300 | | |
| Apr.2 | Movano | MOVE | E. Fairbairn | DI | 4,690 | .48 | 2,247 | 0.55 | -29.6 |
| Mar.26-27 | Lululemon Athletica | LULU | M. Morfitt | D | 4° | 387.90-389.98 | 1,440 | 356.87 | -30.2 |
| Apr.1-2 | CVD Equipment | CVV | | BI | 218 | 4.96-5.07 | 1,084 | 5.99 | 35.2 |
| Mar.12 | DigiAsia | FAAS | P. Antony | PI | 0.23 | 1725.00 | 397 | | |
| Apr.2-3 | Greif | GEF.B | G. Martz | GC | 5 | 68.86-69.04 | 339 | 67.51 | 2.3 |
| Apr.1-2 | BRT Apartments | BRT | M. Gould | ODI | 17 | 16.49-16.73 | 284 | 16.70 | -10.2 |
| Apr.1 | Dollar Tree | DLTR | J. Davis | CFO | 2 | 136.00 | 245 | 130.71 | -8.0 |
| Mar.26-27 | Epsilon Energy | EPSN | J. Stabell | CEOI | 36 | 5.25 | 191 | 5.54 | 9.1 |
| Apr.2 | AiTi Global | ALTI | M. Furlong | D | 25 | 5.43 | 136 | 4.93 | -43.7 |
| Apr.1 | Fennec Pharmaceuticals | FENC | R. Andrade | CFO | 13 | 10.84 | 136 | 10.69 | -4.7 |
| Apr.2 | Flowers Foods | FLO | E. Casey | D | 5 | 23.55 | 118 | 23.17 | 2.9 |
| Apr.1 | Amrep | AXR | J. Dahl | B | 5 | 23.50 | 118 | 22.00 | -0.1 |
| Apr.2 | Walgreens Boots Alliance | WBA | M. Mahajan | O | 6 | 19.38 | 116 | 19.13 | -26.7 |

### Sellers

| Date(s) | Company | Symbol | Insider | Title | No. of shs in trans (000s) | Price range ($) in transaction | $ Value (000s) | Close ($) | Ytd(%) |
|---|---|---|---|---|---|---|---|---|---|
| Apr.1 | nCino | NCNO | J. Horing | DOI | 5,100 | 35.20 | 179,520 | 34.21 | 1.7 |
| Mar.27 | Nuvalent | NUVL | A. Hack | DI | 880 | 72.31-76.88 | 64,036 | 70.20 | -4.6 |
| Mar.28 | Copart | CPRT | A. Adair | ODI | 600 | 57.77 | 34,662 | 56.55 | 15.4 |
| Apr.1-2 | Apple | AAPL | T. Cook | CEO | 196 | 168.62-170.03 | 33,259 | 169.58 | -11.9 |
| Apr.1 | Workday | WDAY | D. Duffield | B | 120° | 269.87-272.63 | 32,645 | 268.32 | -2.8 |
| Mar.26 | Meta Platforms | META | M. Zuckerberg | CEOI | 46 | 495.73-509.75 | 23,228 | 527.34 | 49.0 |
| Apr.1 | | | M. Zuckerberg | CEOI | 31 | 482.61-496.94 | 15,465 | | |
| Mar.19 | | | M. Zuckerberg | CEOI | 31 | 482.57-496.19 | 15,443 | | |
| Mar.28 | | | M. Zuckerberg | CEOI | 31 | 485.91-491.49 | 15,379 | | |
| Apr.1 | CrowdStrike Holdings | CRWD | B. Podbere | CFO | 64 | 314.26-320.18 | 20,255 | 315.50 | 23.6 |
| Apr.1 | Netflix | NFLX | R. Hastings | OD | 21 | 607.09-614.54 | 12,554 | 636.18 | 30.7 |
| Mar.27-28 | Ares Management | ARES | A. Ressler | HI | 89 | 131.87-134.53 | 11,834 | 134.16 | 12.8 |
| Apr.1-2 | | | B. Rosenthal | ODI | 87 | 129.01-132.39 | 11,350 | | |
| Apr.1-2 | | | D. Kaplan | ODI | 85 | 129.01-132.38 | 11,070 | | |
| Apr.1-2 | | | A. Ressler | HI | 85 | 128.97-132.37 | 11,054 | | |
| Apr.1 | Datadog | DDOG | O. Pomel | CEO | 86 | 122.20-123.71 | 10,530 | 124.40 | 2.5 |
| Apr.1 | Palo Alto Networks | PANW | N. Zuk | CT | 36 | 279.01-285.01 | 10,096 | 269.01 | -8.8 |
| Mar.28 | NVIDIA | NVDA | M. Stevens | DI | 11 | 905.65 | 9,962 | 880.08 | 77.7 |

° Half the transactions were indirect °°Two day transaction
p - Pink Sheets

## Buying and selling by sector
Based on actual transaction dates in reports received this past week

| Sector | Buying | Selling | Sector | Buying | Selling |
|---|---|---|---|---|---|
| Basic Industries | 339,193 | 15,154,813 | Finance | 5,915,334 | 59,513,041 |
| Capital Goods | 1,278,270 | 24,205,803 | Health care | 4,097,215 | 87,195,803 |
| Consumer durables | 6,969 | 11,308,217 | Public Utilities | 65,090 | 617,807 |
| Consumer non-durables | 1,558,604 | 9,707,658 | Technology | 14,500 | 349,699,737 |
| Consumer services | 1,320,932 | 64,568,573 | Transportation | 17,004 | 497,119 |
| Energy | 191,447 | 17,314,723 | | | |

Sources: Refinitiv; Dow Jones Market Data

# COMMODITIES

## Cash Prices | wsj.com/market-data/commodities    Friday, April 5, 2024
These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Friday |
|---|---|
| **Energy** | |
| Coal,C.Aplc,12500Btu,1.2SO2-r,w | 75,500 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 13,650 |
| **Metals** | |
| **Gold, per troy oz** | |
| Engelhard industrial | 2290.00 |
| Handy & Harman base | 2298.55 |
| Handy & Harman fabricated | 2551.39 |
| LBMA Gold Price AM | °2292.50 |
| LBMA Gold Price PM | °2292.50 |
| Krugerrand,wholesale-e | 2419.72 |
| Maple Leaf-e | 2442.98 |
| American Eagle-e | 2442.98 |
| Mexican peso-e | 2813.24 |
| Austria crown-e | 2283.58 |
| Austria phil-e | 2442.98 |
| **Silver, troy oz.** | |
| Engelhard industrial | 26.7000 |
| Handy & Harman base | 27.3380 |
| Handy & Harman fabricated | 34.2350 |
| LBMA spot price | °211.3300 |
| (U.S.$ equivalent) | °27.0000 |
| Coins,wholesale,$1,000 face-a | 21482 |
| **Other metals** | |
| LBMA Platinum Price PM | °935.0 |
| Platinum,Engelhard industrial | 928.0 |
| Palladium,Engelhard industrial | 1010.0 |
| Aluminum,LME,$ per metric ton | °2394.5 |

| | Friday |
|---|---|
| Copper,Comex spot | 4.2395 |
| Iron Ore, 62% Fe CFR China-s | °98.3 |
| Steel,HRC USA, FOB Midwest Mill-s | °835.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate,EXW China,=99.2%-v,w | 15050 |
| BMI Lithium Hydroxide,EXW China,=56.5%-v,w | 13825 |
| BMI Cobalt standard,EXW China,=20.5%-v,m | 4485 |
| BMI Nickel Sulphate,EXW China,=22%-v,m | 4192 |
| BMI Flake Graphite,FOB China,-100 Mesh,94-95%-v,m | 485 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.8000 |
| Cotton,1.1/16 std lw-mdMphs-u | 0.8275 |
| Cotlook 'A' Index-t | °94.10 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 80 |
| Corn,No. 2 yellow,Cent IL-bp,u | 4.0900 |
| Corngluten feed,Midwest-u,w | 93.8 |
| Corn gluten meal,Midwest-u,w | 401.7 |
| Cottonseed meal-u,w | 338 |
| Hominy feed,Cent IL-u,w | 112 |
| Meat-bonemeal,50% pro Mnpls-u,w | 330 |
| Oats,No.2 milling,Mnpls-u | 3.9125 |
| Rice, Long Grain Milled, No. 2 AR-u,w | 36.25 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| Soybean Meal,Cent IL,rail,ton48%-u,w | 358.10 |
| Soybeans,No.1 yllw IL-bp,u | 11.6300 |
| Wheat,Spring14%-pro Mnpls-u | 8.1800 |

| | Friday |
|---|---|
| Wheat,No.2 soft red,St.Louis-u | 5.6075 |
| Wheat - Hard - KC (USDA) $ per bu-u | 6.2125 |
| Wheat,No.1soft white,Portld,OR-u | 5.7500 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 283.98 |
| select 1-3,600-900 lbs.-u | 276.96 |
| Broilers, National comp wtd. avg.-u,w | 1.3301 |
| Butter,AA Chicago-d | 2.9400 |
| Cheddar cheese,bbl,Chicago-d | 153.00 |
| Cheddar cheese,blk,Chicago-d | 151.50 |
| Milk,Nonfat dry,Chicago lb.-d | 113.25 |
| Coffee,Brazilian,Comp-y | 2.0670 |
| Coffee,Colombian, NY-y | 2.2867 |
| Eggs,large white,Chicago-u | 2.4150 |
| Flour,hard winter KC-p | 17.80 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So. Minnesota-u | 85.99 |
| Pork bellies,12-14 lb Mid,US-u | n.a. |
| Pork loins,13-19 lb Mid,US-u | 1.3001 |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,feeder,Okla. City-u,w | 308.63 |
| **Fats and Oils** | |
| Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.4100 |
| Lard,Chicago-u | n.a. |
| Soybean oil,crude,Cent IL-u,w | 0.4814 |
| Tallow,bleach,Chicago-h | 0.4350 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra, Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sasland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. °Data as of 4/4

Source: Dow Jones Market Data

## Borrowing Benchmarks | wsj.com/market-data/bonds/benchmarks

### Money Rates    April 5, 2024

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

| **Inflation** | | | | |
|---|---|---|---|---|
| | Feb. index level | Chg From (%) Jan. '24  Feb. '23 | | |
| **U.S. consumer price index** | | | | |
| All items | 310.326 | 0.62 | 3.2 | |
| Core | 315.419 | 0.57 | 3.8 | |

| **International rates** | | | | |
|---|---|---|---|---|
| | Latest | Week ago | 52-WEEK— High | Low |
| **Prime rates** | | | | |
| U.S. | 8.50 | 8.50 | 8.50 | 8.00 |
| Canada | 7.20 | 7.20 | 7.20 | 6.70 |
| Japan | 1.475 | 1.475 | 1.475 | 1.475 |
| **Policy Rates** | | | | |
| Euro zone | 4.50 | 4.50 | 4.50 | 3.50 |
| Switzerland | 2.00 | 2.00 | 2.25 | 2.00 |
| Britain | 5.25 | 5.25 | 5.25 | 4.25 |
| Australia | 4.35 | 4.35 | 4.35 | 3.60 |
| **Overnight repurchase** | | | | |
| U.S. | 5.37 | 5.43 | 5.48 | 4.82 |

| **U.S. government rates** | | | | |
|---|---|---|---|---|
| **Discount** | | | | |
| | 5.50 | 5.50 | 5.50 | 5.00 |

| **Federal funds** | | | | |
|---|---|---|---|---|
| Effective rate | 5.3300 | 5.3300 | 5.3500 | 4.8400 |
| High | 5.6500 | 5.6500 | 5.6500 | 5.1500 |
| Low | 5.3100 | 5.3100 | 5.3300 | 4.8000 |
| Bid | 5.3100 | 5.3100 | 5.3300 | 4.8100 |
| Offer | 5.3300 | 5.3300 | 5.3700 | 4.8300 |
| **Treasury bill auction** | | | | |
| 4 weeks | 5.265 | 5.285 | 5.840 | 3.190 |
| 13 weeks | 5.230 | 5.230 | 5.345 | 4.780 |
| 26 weeks | 5.125 | 5.105 | 5.350 | 4.705 |
| **Secondary market** | | | | |
| **Fannie Mae** | | | | |
| 30-year mortgage yields | | | | |
| 30 days | 6.298 | 6.230 | 7.495 | 5.586 |
| 60 days | 6.308 | 6.237 | 7.554 | 5.590 |

| **Other short-term rates** | | | | |
|---|---|---|---|---|
| | Latest | Week ago | 52-week high | low |
| **Call money** | | | | |
| | 7.25 | 7.25 | 7.25 | 6.75 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | n.a. | 5.34 | 5.54 | 5.00 |
| **Secured Overnight Financing Rate** | | | | |
| | 5.32 | 5.34 | 5.40 | 4.80 |
| | Latest | Value Traded | 52-week High | Low |
| **DTCC GCF Repo Index** | | | | |
| Treasury | 5.365 | 19.740 | 5.504 | 4.806 |
| MBS | 5.373 | 39.000 | 5.689 | 4.829 |

**Notes on data:**
U.S. prime rate is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective July 27, 2023. Other prime rates aren't directly comparable; lending practices vary widely by location. Discount rate is effective July 27, 2023. Secured Overnight Financing Rate is as of April 4, 2024. DTCC GCF Repo Index is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. Federal-funds rates are Tullett Prebon rates as of 5:30 p.m. ET.
Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re PRUDENTIAL FINANCIAL, INC.  )  Civil Action No. 2:19-cv-20839-SRC-CLW
SECURITIES LITIGATION  )
  )  CLASS ACTION
This Document Relates To:  )
  )  SUMMARY NOTICE OF PROPOSED
ALL ACTIONS.  )  SETTLEMENT OF CLASS ACTION
  )

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE COMMON STOCK OF PRUDENTIAL FINANCIAL, INC. BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on June 13, 2024, at 10:00 a.m., before the Honorable Stanley R. Chesler at the United States District Court, District of New Jersey, Senator Frank R. Lautenberg Building, 2 Federal Square, Newark, NJ, 07101-0999, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")¹ for $35 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.PrudentialSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.PrudentialSecuritiesSettlement.com.

IF YOU PURCHASED PRUDENTIAL COMMON STOCK BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than July 30, 2024)** or electronically **(no later than July 30, 2024)**. Your failure to submit your Proof of Claim by July 30, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased Prudential common stock between June 5, 2019 and August 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definition for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.PrudentialSecuritiesSettlement.com, or by writing to or calling:

*Prudential Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135
Telephone: 1-888-298-3183

Inquiries should NOT be directed to Prudential, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
Email: settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE $35 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $200,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: March 8, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

¹ The Stipulation can be viewed and/or obtained at www.PrudentialSecuritiesSettlement.com.

## CLASS ACTION

### LEGAL NOTICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE ALTA MESA RESOURCES, INC
SECURITIES LITIGATION

Case No. 4:19-cv-00957

Judge George C. Hanks, Jr

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**TO: (1) ALL PERSONS AND ENTITIES WHO HELD SHARES OF ALTA MESA (SILVER RUN II) COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; AND (2) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA / SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas (the "Court") that a class action lawsuit is now pending in the Court under the above caption (the "Action") against (i) Alta Mesa Resources, Inc. f/k/a Silver Run II ("AMR"), (ii) Riverstone Holdings, LLC, (iii) HPS Investment Partners, LLC, (iv) Bayou City Energy Management, LLC, (v) ARM Energy Holdings, LLC and (vi) certain current and former officers and directors of AMR. The Action has been certified by the Court to proceed as a class action on behalf of individuals and entities meeting the precise definition below (the "Class" and "Class Members").

THIS NOTICE IS NOT A SETTLEMENT NOTICE AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM AT THIS TIME. NO ACTION ON YOUR PART IS REQUIRED. HOWEVER, IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.

This is a securities class action against Defendants for alleged violations of the federal securities laws. Class Representatives allege that certain Defendants made material misrepresentations and omissions of material facts in the Definitive Proxy Statement ("Proxy") issued in connection with the Business Combination in which Silver Run II "De-SPAC'd," acquiring Alta Mesa Holdings and Kingfisher Midstream and changing its name to Alta Mesa Resources, Inc. Class Representatives also allege that certain Defendants made material misrepresentations and omissions of material facts in other public statements during the Class Period. Defendants deny the allegations of wrongdoing asserted in the Action and deny any liability whatsoever to any members of the Class.

By an order granting Plaintiffs' Motion for Class Certification dated January 24, 2022, the Court certified the following class (the "Class"):

(a) All persons and entities that held shares of Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUN.U") on the January 22, 2018 record date that were entitled to vote on Alta Mesa's proposed transaction with AMH and Kingfisher (the "Section 14a Class Members");

(b) All persons and entities that purchased or otherwise acquired Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), Alta Mesa (Silver Run II) warrants (CUSIP 02133L117; ticker "SRUN.W") and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUN.U") on or after August 16, 2017 and prior to the closing of the

Business Combination on February 9, 2018 (the "Silver Run Class Members");

and

(c) All persons and entities that purchased or otherwise acquired Alta Mesa common stock (CUSIP 02133L109; ticker "AMR") or Alta Mesa warrants (CUSIP 02133L117; ticker "AMR.W") (other than those automatically converted from Silver Run Units by operation of the Business Combination) between the February 9, 2018 closing of the Business Combination and May 17, 2019 (inclusive) (the "Alta Mesa Class Members").

(Dkt. No. 241). Certain individuals and entities are excluded from the Class. (Dkt. No. 241).

A full Notice of Pendency of Class Action (the "Notice") is available on the website www.AltaMesaSecuritiesLitigation.com/notice. If you believe you may be a member of the Class and you would like a printed copy of the Notice, you may request one from:

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
info@AltaMesaSecuritiesLitigation.com
855-208-4124

If you are a Class Member, you have the right to decide whether to remain a Class Member. *If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II.* If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

As a member of the Class you will be represented by Class Counsel, who are listed below.

| ENTWISTLE & CAPPUCCI LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| Andrew J. Entwistle | Trig Smith |
| 500 W. 2nd Street, Suite 1900 | 655 West Broadway, Suite 1900 |
| Austin, TX 78701 | San Diego, CA 92101 |
| Tel.: (512) 710-5960 | Tel.: (619) 231-1058 |

If you would like to remain part of the Class but be represented separately, you may hire your own attorney at your expense.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than May 17, 2024**, in accordance with the instructions set forth in the Notice.

**Further information regarding this matter may be obtained by writing to the Notice Administrator at the address provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

DATED: April 8, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**www.AltaMesaSecuritiesLitigation.com**    855-208-4124

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on April 8, 2024:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of April 2024, at Sellersville, Pennsylvania.

_Carla Peak_

Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Prudential Securities Litigation

April 08, 2024 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Prudential Securities Litigation:

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | Civil Action No. 2:19-cv-20839-SRC-CLW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE COMMON STOCK OF PRUDENTIAL FINANCIAL, INC. BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on June 13, 2024, at 10:00 a.m., before the Honorable Stanley R. Chesler at the United States District Court, District of New Jersey, Senator Frank R. Lautenberg Building, 2 Federal Square, Newark, NJ, 07101-0999, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $35 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.PrudentialSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.PrudentialSecuritiesSettlement.com.

IF YOU PURCHASED PRUDENTIAL COMMON STOCK BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than July 30, 2024)** or electronically **(no later than July 30, 2024)**. Your failure to submit your Proof of Claim by July 30, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased Prudential common stock between June 5, 2019 and August 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definition for the defined terms used in this Summary Notice), and other important documents, may be accessed online at

*Prudential Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135
Telephone: 1-888-298-3183

Inquiries should NOT be directed to Prudential, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
Email: settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE $35 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $200,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: March 8, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

[1] The Stipulation can be viewed and/or obtained at www.PrudentialSecuritiesSettlement.com.

## Contacts
Media:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on April 8, 2024 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of April 2024, at Sellersville, Pennsylvania.


*Carla Peak*

Carla Peak