SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail: cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 2:19-cv-20839-SRC-CLW |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) ) | DECLARATION OF VINCENT C. GRAFFEO |
| ALL ACTIONS. | ) ) ) | |



**Computershare**
480 Washington Boulevard
Jersey City New Jersey 07310
Telephone 1 201 680 4000
Facsimile 1 201 680 4606
www.computershare.com

April 30, 2024

Re: Prudential Financial, Inc. – Litigation Settlement Notices

I, Vincent C. Graffeo depose and say: I am an employee of Computershare, located at 480 Washington Blvd, Jersey City, New Jersey 07310.

I hereby certify that commencing on the 1st Day of April 2024, I caused to be mailed, the following materials to the registered (record) shareholders of Prudential Financial, Inc. common stock who were credited or acquired shares between June 5, 2019, and August 2, 2019, based on our records during that period.

- 4,287 postcards (Legal Notice) were sent to the United States Postal Service.
- 421 Electronic Notification (Legal Notice) via E-Mail

*Vincent C Graffeo*

**Vincent C. Graffeo**
Senior Relationship Manager> Issuer Services
**Computershare**
480 Washington Blvd, 26th Floor
Jersey City, NJ 07310