SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail: cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) Master File No. 2:19-cv-20839-SRC-CLW |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) DECLARATION OF PETER S. |
| | ) PEARLMAN FILED ON BEHALF OF |
| ALL ACTIONS. | ) COHN LIFLAND PEARLMAN |
| | ) HERRMANN & KNOPF IN SUPPORT |
| | ) OF APPLICATION FOR AWARD OF |
| | ATTORNEYS' FEES AND EXPENSES |

I, PETER S. PEARLMAN, declare as follows:

1.      I am Senior Counsel of the firm of Cohn Lifland Pearlman Herrmann & Knopf LLP (the "Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      This Firm is Local Counsel of record for Lead Plaintiff City of Warren Police and Fire Retirement System.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the Senior Counsel who oversaw and/or conducted the day-to-day activities in the litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries  as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment.  Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

- 1 -

4.    The number of hours spent on the litigation by my Firm is 154.40.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney/paraprofessional time based on the Firm's current rates is $138,390.00.  The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation.  The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side in matters in the District of New Jersey.    Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the Firm, years in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at this Firm or other firms.

5.    My Firm seeks an award of $1,110.17 in expenses and charges in connection with the prosecution of the litigation.  Those expenses and charges are summarized by category in Exhibit B.

6.    The following is additional information regarding certain of these expenses:

(a)    Filing Fees: $905.00.  These expenses have been paid to the Court for filing fees.

- 2 -

(b)    Mileage, Tolls and Parking: $176.74.  In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things, attend court arguments, hearings and meet with mediator.  The date, destination, and purpose of each trip is set forth in Exhibit C.

(c)    Online Legal and Financial Research: $5.90.  This category includes vendors such as PACER.  These resources were used to obtain access to legal research and for cite-checking of briefs.  This expense represents the expense incurred by Cohn Lifland Pearlman Herrmann & Knopf LLP for use of these services in connection with this litigation.  The charges for these vendors vary depending upon the type of services requested.

7.    The expenses pertaining to this case are reflected in the books and records of this Firm.  These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

8.    The identification and background of my Firm and its partners who participated in this action is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April, 2024, at Saddle Brook, New Jersey.

/s/Peter S. Pearlman
PETER S. PEARLMAN

- 3 -