# EXHIBIT A

**EXHIBIT A**

*In re Prudential Financial, Inc. Sec. Litig.*, No. 2:19-cv-20839-SRC-CLW
Cohn Lifland Pearlman Herrmann & Knopf LLP
Inception through February 12, 2024

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Peter S. Pearlman | (SC) | 150.60 | $900.00 | $135,540 |
| Matthew F. Gately | (P) | 3.8 | $750.00 | $2,850 |
| *TOTAL* | | *154.40* | | *$138,390* |

(SC) Senior Counsel
(P) Partner