# EXHIBIT B

**EXHIBIT B**

*In re Prudential Financial, Inc. Sec. Litig.*, No. 2:19-cv-20839-SRC-CLW
Cohn Lifland Pearlman Herrmann & Knopf LLP
Inception through February 12, 2024

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $ 905.00 |
| Mileage, Tolls and Parking | $ 176.74 |
| Postage | $ 2.60 |
| FedEx Overnight Delivery | $ 19.93 |
| Online Legal and Financial Research | $ 5.90 |
| *TOTAL* | *$1,110.17* |