# EXHIBIT C

# EXHIBIT C

*In re Prudential Financial, Inc. Sec. Litig.*, No. 2:19-cv-20839-SRC-CLW
Cohn Lifland Pearlman Herrmann & Knopf LLP

Mileage, Tolls and Parking: $176.74

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Peter S. Pearlman | 10/27/2021 | Tolls - 3d Cir. | Argument ($16.70) |
| Peter S. Pearlman | 10/27/2021 | Mileage to 3d Cir. | Argument ($102.60) |
| Peter S. Pearlman | 10/27/2021 | Parking 3d Cir. | Argument ($14.00) |
| Peter S. Pearlman | 8/30/2023 | Mileage to Newark Federal Court | Hearing ($13.10) |
| Peter S. Pearlman | 8/30/2023 | Parking Newark Federal Court | Hearing ($12.00) |
| Peter S. Pearlman | 11/30/2023 | Mileage to Mediation | Mediation ($18.34) |