SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
E-mail: cseeger@seegerweiss.com

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
E-mail: psp@njlawfirm.com

Local Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) Civil Action No. 2:19-cv-20839-SRC-CLW |
| This Document Relates To: ALL ACTIONS. | ) ) CLASS ACTION ) ) SUPPLEMENTAL DECLARATION OF ) ROSS D. MURRAY REGARDING ) NOTICE DISSEMINATION AND ) REQUESTS FOR EXCLUSION ) RECEIVED TO DATE |

I, ROSS D. MURRAY, declare and state as follows:

1.    I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to the March 8, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 71), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2.    I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 73-5).   The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

## UPDATE ON DISSEMINATION OF THE CLAIM PACKAGE

3.    As more fully detailed in the Initial Mailing Declaration, as of May 8, 2024, Gilardi had mailed or emailed a total of 100,167 Postcard Notices, and six copies of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release form (collectively, the "Claim Package") to potential Class Members and their nominees.  Additionally, Gilardi received messages from two

institutions noting that they anticipated sending Postcard Notices via email to 25,448 potential Class Members.  *See* Initial Mailing Declaration, ¶10.

4.     Since May 8, 2024, Gilardi has mailed or emailed an additional 3,648 Postcard Notices and 80 Claim Packages in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses. Therefore, as of June 6, 2024, Gilardi has mailed or emailed a total of 103,815 Postcard Notices and 86 Claim Packages to potential Class Members and nominees. Additionally, Gilardi received a message from one institution noting that they anticipated sending Postcard Notices via email to 2,638 potential Class Members.

### REQUESTS FOR EXCLUSION RECEIVED TO DATE

5.     Pursuant to the Notice Order, the Notice informs potential Class Members that written requests for exclusion from the Class must be mailed to *Prudential Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than May 23, 2024.  At the time of the Initial Mailing Declaration, Gilardi reported that it had not received any requests for exclusion in connection with this Settlement.  *See* Initial Mailing Declaration, ¶15.

6.     Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of June, 2024, at San Rafael, California.

_____
ROSS D. MURRAY