COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) Civil Action No. 2:19-cv-20839-SRC-CLW |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) CLASS ACTION ) ) **CERTIFICATE OF SERVICE** ) ) ) |

The undersigned certifies that on June 6, 2024 a copy of the foregoing LEAD PLAINTIFF'S NOTICE OF NON-OPPOSITION AND REPLY IN FURTHER SUPPORT OF: (I) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) MOTION FOR AN AWARD OF

- 1 -

4891-4583-4149.v1

- 2 -

ATTORNEYS' FEES AND EXPENSES; SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE; [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE; [P]ROPOSED ORDER APPROVING PLAN OF ALLOCATION; [P]ROPOSED ORDER AWARDING ATTORNEYS' FEES AND EXPENSES and this CERTIFICATE OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  June 6, 2024                          COHN LIFLAND PEARLMAN
                                             HERRMANN & KNOPF LLP

                                             *s/ Peter S. Pearlman*
                                             PETER S. PEARLMAN

4891-4583-4149.v1